# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Sheila Ferguson

                      Plaintiff,

v.                                            Case No.: 1:13–cv–06488
                                                      Honorable Gary Feinerman

City of Chicago, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 2, 2014:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 12/2/2014 at 9:00 am. Defendants shall answer or otherwise plead to the complaint by 7/23/2014. Rule 26(a)(1) disclosures shall be served by8/8/2014. Initial written discovery requests shall be served by 8/22/2014. Fact discovery shall be completed by 12/26/2014. Plaintiff's Rule 26(a)(2) disclosures shall be served by 2/27/2015. Defendant's Rule 26(a)(2) disclosures shall be served by 4/20/2015. Plaintiff's expert(s) shall be deposed by 3/27/2015. Defendants' expert(s) shall be deposed by 5/18/2015. Dispositive motions shall be filed by 5/4/2015. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.