# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHEILA FERGUSON, ) | |
| ) | Case No. 13 CV 06488 |
| Plaintiff, ) | |
| ) | JUDGE FEINERMAN |
| v. ) | |
| ) | |
| CITY OF CHICAGO and ANTHONY MARTIN, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT, AFFIRMATIVE DEFENSES, AND JURY DEMAND

Defendants, City of Chicago, by its attorney, Stephen R. Patton, Corporation Counsel of the City of Chicago, and Anthony Martin, by his attorneys, Kevin R. Gallardo, Assistant Corporation Counsel of the City of Chicago, and Jennifer Martin, Assistant Corporation Counsel of the City of Chicago, for their answer to Plaintiff's Complaint, state as follows:

1. This is a civil action arising under 42 U.S.C. § 1983. The jurisdiction of this Court is conferred by 28 U.S.C. §1343 and 28 U.S.C. § 1367.

**ANSWER**: Defendants admit the allegations contained in this paragraph.

2. Plaintiff Sheila Ferguson is a resident of the Northern District of Illinois.

**ANSWER**: Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph.

3. Defendant City of Chicago is an Illinois municipal corporation and is joined in this action as the potential indemnifier.

**ANSWER**: Defendants admit the allegations contained in this paragraph.

4. Defendant Anthony Martin was at times relevant acting under color of his office as a Chicago police officer.

**ANSWER**: Defendants admit the allegations contained in this paragraph.

5. On May 9, 2009, defendant Martin sought to place plaintiff under arrest. Plaintiff does not challenge the existence of probable cause to arrest.

**ANSWER**: Defendants admit the allegations contained in this paragraph.

6. In the course of placing Plaintiff under arrest, defendant Martin used excessive and unreasonable force and caused plaintiff to incur serious personal injuries.

**ANSWER**: Defendants deny the allegations contained in this paragraph.

7. As a result of the above described use of excessive and unreasonable force, defendant Martin caused plaintiff to have been deprived of rights secured by the Fourth and Fourteenth Amendments.

**ANSWER**: Defendants deny the allegations contained in this paragraph.

8. Plaintiff hereby demands trial by jury.

**ANSWER**: Defendants make no answer for this paragraph as Plaintiff has directed no allegations toward Defendants that require an answer.

WHEREFORE, the Defendants respectfully request that judgment be entered in their favor and against Plaintiff and that the Court enter any other relief in favor of them and against Plaintiff that this Court deems just and proper.

## **AFFIRMATIVE AND OTHER DEFENSES**

1. Officer Martin is entitled to qualified immunity. Officer Martin is a government official, namely a police officer, who performs discretionary functions. At all times material to the events alleged in Plaintiff's Complaint, a reasonable police officer objectively viewing the facts and circumstances that confronted Officer Martin could have believed his actions to be lawful, in light of clearly established law and information that Officer Martin possessed. Accordingly, Officer Martin is entitled to qualified immunity as a matter of law as to Plaintiff's claims.

2. The City of Chicago is not liable to Plaintiff for any federal claims for which its

employees or agents are not liable to Plaintiff. *See City of Los Angeles v. Heller*, 475 U.S. 796, 799 (1986).

3. To the extent that Plaintiff failed to mitigate any of her claimed injuries or damages, any verdict or judgment obtained by Plaintiff must be reduced by application of the principle that Plaintiff has a duty to mitigate her damages, commensurate with the degree of failure to mitigate attributed to Plaintiff by a jury in this case.

## JURY DEMAND

Defendants request a trial by jury.

Respectfully submitted,

STEPHEN R. PATTON
CORPORATION COUNSEL
CITY OF CHICAGO,

BY: /s/ Kevin R. Gallardo
KEVIN R. GALLARDO
Assistant Corporation Counsel
30 N. LaSalle Street, Suite 900
Chicago, IL 60602
(312) 742-3902
Attorney No. 6296545


/s/ Jennifer Martin
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312)742-0305
Attorney No.  6308367
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I, Kevin R. Gallardo, hereby certify that on July 10, 2014, I caused a copy of **DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT, AFFIRMATIVE DEFENSES AND JURY DEMAND** to be served upon all counsel of record by filing the same before the Court via the ECF system.

                                                  /s/ Kevin R. Gallardo
                                                  KEVIN R. GALLARDO